# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JETSON LYONS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-214 Erie |
| SUPERINTENDENT HARRY E. WILSON, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, *to wit,* this 7th day of January, 2008, the Plaintiff having appealed an order [2] entered on August 21, 2007 by Chief U.S. Magistrate Judge Susan Paradise Baxter requiring Plaintiff to submit to the Court, on or before September 10, 2007, a certified copy of his relevant institutional account statement(s) in support of his motion [1] for leave to proceed *in forma pauperis*,

AND Plaintiff having filed a Prisoner Trust Fund Account Statement [4] on September 7, 2007,

AND the Court having granted Plaintiff's motion for leave to proceed *in forma pauperis* by order dated September 12, 2007 [6],

IT IS HEREBY ORDERED that Plaintiff's appeal from Chief U.S. Magistrate Judge Baxter's August 21, 2007 Order is DENIED as moot.

                                                    s/ Sean J. McLaughlin
                                                    Sean J. McLaughlin
                                                    United States District Judge

cm:    All parties of record.
         Chief U.S. Magistrate Judge Susan Paradise Baxter